UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW WARCIAK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NIKIL, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 16-cv-5731 |

## NOTICE OF REMOVAL OF CIVIL ACTION

PLEASE TAKE NOTICE that Nikil, Inc. ("Nikil") removes the above-titled action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. In support of its removal, Nikil states:

1. On April 22, 2016, Plaintiff Matthew Warciak filed a class action complaint against Nikil in the Circuit Court of Cook County, Illinois County Department, Chancery Division, alleging claims under the federal Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") (Count I), and the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, *et seq.* (Count II). A true and correct copy of all papers filed in the state court is attached hereto as Exhibit A.

2. This is a civil action in which the United States District Court has original jurisdiction under 28 U.S.C. § 1331, because Plaintiff asserts a claim arising under federal law.

3. In the Complaint, Plaintiff's first cause of action seeks damages for alleged violations of the TCPA, a federal statute.

4. Federal district courts have original jurisdiction over claims arising under the

TCPA. *Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740, 745, 181 L. Ed. 2d 881 (2012) (holding that "federal and state courts have concurrent jurisdiction over private suits arising under the TCPA").

5. Because Plaintiff has pleaded a claim arising under federal law, the entire state court action is removable to federal court. *See* 28 U.S.C. § 1441(a), (c). This Court has supplemental jurisdiction over Plaintiff's state-law claim, pursuant to 28 USC § 1367.[1]

6. Plaintiff served Nikil with the summons and complaint on May 2, 2016. This notice of removal is filed within thirty days of service of the summons and complaint upon Nikil and is therefore timely under 28 U.S.C. § 1446(b). Nikil further states that a copy of this notice of removal will be filed with the Circuit Court of Cook County and served on all counsel of record.

Wherefore, Nikil respectfully notifies this Court that this cause been removed from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, pursuant to the provisions of 28 U.S.C. §§ 1331, 1367, 1441 and 1446.

Respectfully submitted,

Dated: May 31, 2016   By:*/s/Steven P. Mandell*

Steven P. Mandell (ARDC# 6183729)
smandell@mandellmenkes.com
MANDELL MENKES LLC
One North Franklin Street, Suite 3600
Chicago, IL 60606
Telephone:  312.251.1000
Facsimile:  312.251.1010

---

[1] Although this Court has subject matter jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1331, Defendant does not concede that the Court may exercise personal jurisdiction over Defendant. This notice of removal is not a waiver of jurisdictional defenses. *See Silva v. City of Madison*, 69 F.3d 1368, 1376 (7th Cir. 1995) (noting that personal jurisdiction defenses are "not waived by filing a petition for removal to federal court").

RODGER R. COLE (*pro hac vice to be filed*)
rcole@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

BRADLEY MEISSNER (*pro hac vice to be filed* )
bmeissner@fenwick.com
ANNASARA G. PURCELL (*pro hac vice to be filed*)
apurcell@fenwick.com
FENWICK &WEST LLP
1191 2nd Avenue, 10th Floor
Seattle, WA 98101
Telephone:    206.389.4510
Facsimile:    206.389.4511

Attorneys for Defendant
NIKIL, INC., a Delaware corporation

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused to be served and filed Defendants' *Notice of Removal of a Civil Action electronically* with the Clerk of the Court of Illinois, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and the same being accomplished via United States mail this 1st day of June, on:

Ari J. Scharg
ascharg@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
*Tel:* (312) 589-6370
*Fax:* (312) 589-6378


/s/ *Steven P. Mandell*