# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MATTHEW WARCIAK, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NIKIL, INC., a Delaware corporation, <br><br> Defendant. | Case No.: 16-cv-5731 <br><br> Honorable Thomas M. Durkin |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Nikil, Inc. ("Nikil") by its attorneys, respectfully requests that the Court extend the deadline for Defendant to answer or otherwise plead by 9 days to and including June 17, 2016. In support of its unopposed motion, Nikil states as follows:

1. Plaintiff Matthew Warciak ("Plaintiff") filed a complaint against Nikil in the Circuit Court of Cook County, Chancery Division, on April 22, 2016. The complaint asserts claims under the federal Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") (Count I), and the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, *et seq*. (Count II). (Dkt. 1, Ex. A.)

2. Nikil was served with the complaint on May 2, 2016.

3. On June 1, 2016, Nikil removed the action to this Court pursuant to pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 on the basis of federal question jurisdiction. Nikil's current deadline to answer or otherwise respond to the complaint is June 8, 2016.

4. Nikil anticipates moving to dismiss the complaint, and the briefing in support of this motion will address multiple complex legal issues.

5. This motion is not brought for purposes of unduly delaying the proceedings or to prejudice Plaintiff.

6. This is Nikil's first request for an extension of time.

7. On June 1 Rodger Cole, counsel for Nikil, reached out to Ari Scharg, counsel for Plaintiff, and requested that the time for Nikil to respond to the complaint be extended by nine days.

8. Plaintiff's counsel agreed that Plaintiff would not oppose the proposed extension of time.

WHEREFORE, Defendant respectfully requests that this Court grant Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond and extend the time for Defendant's response to Plaintiff's complaint by 9 days, to and including June 17, 2016.

                                      Respectfully submitted,

                                      MANDELL MENKES LLC

Dated: June 3, 2016                     By:/s/ Steven P. Mandell
                                                Attorneys for Defendant
                                                NIKIL, INC., a Delaware corporation

STEVEN P. MANDELL
ARDC No.: 6183729
smandell@mandellmenkes.com
MANDELL MENKES LLC
One North Franklin Street, Suite 3600
Chicago, IL 60606
Telephone:    312.251.1000
Facsimile:     312.251.1010

RODGER R. COLE (*pro hac vice to be filed*)
rcole@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

Telephone: 650.988.8500
Facsimile: 650.938.5200

BRADLEY MEISSNER (*pro hac vice to be filed* )
bmeissner@fenwick.com
ANNASARA G. PURCELL (*pro hac vice to be filed*)
apurcell@fenwick.com
FENWICK &WEST LLP
1191 2nd Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

Attorneys for Defendant
NIKIL, INC., a Delaware corporation

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused to be served and filed Defendants' *Unopposed Motion for Extension of Time to Answer or Otherwise Plead electronically* with the Clerk of the Court of Illinois, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and the same being accomplished via United States mail this 3rd day of June, on:

> Ari J. Scharg
> ascharg@edelson.com
> EDELSON PC
> 350 North LaSalle Street, 13th Floor
> Chicago, Illinois 60654
> *Tel:* (312) 589-6370
> *Fax:* (312) 589-6378

/s/ Steven P.Mandell