# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MATTHEW WARCIAK, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>NIKIL, INC., a Delaware corporation,<br><br>   Defendant. | Case No.: 16-cv-5731<br><br>Honorable Thomas M. Durkin |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Wednesday**, **June 8, 2016, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before The Honorable Thomas M. Durkin, or such other judge as may be sitting in his stead, in the courtroom usually occupied by his, in Room 1441 of the U.S. District Court of the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois, and shall then and there present for hearing the **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which has been served upon you.

Dated: June 3, 2016               Respectfully submitted,

                                  MANDELL MENKES LLC


                                  By: /s/ Steven P. Mandell
                                       Attorneys for Defendant
                                       NIKIL, INC., a Delaware corporation

STEVEN P. MANDELL
ARDC No.: 6183729
smandell@mandellmenkes.com
MANDELL MENKES LLC
One North Franklin Street, Suite 3600
Chicago, IL 60606
Telephone:    312.251.1000
Facsimile:    312.251.1010

RODGER R. COLE (*pro hac vice to be filed*)
rcole@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

BRADLEY MEISSNER (*pro hac vice to be filed* )
bmeissner@fenwick.com
ANNASARA G. PURCELL (*pro hac vice to be filed*)
apurcell@fenwick.com
FENWICK &WEST LLP
1191 2nd Avenue, 10th Floor
Seattle, WA 98101
Telephone:  206.389.4510
Facsimile:  206.389.4511

Attorneys for Defendant
NIKIL, INC., a Delaware corporation

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that she caused to be served and filed Defendants' *Unopposed Motion for Extension of Time to Answer or Otherwise Plead electronically* with the Clerk of the Court of Illinois, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and the same being accomplished via United States mail this 3rd day of June, on:

    Ari J. Scharg
    ascharg@edelson.com
    EDELSON PC
    350 North LaSalle Street, 13th Floor
    Chicago, Illinois 60654
    *Tel:* (312) 589-6370
    *Fax:* (312) 589-6378

                                           /s/ Steven P. Mandell