**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MATTHEW WARCIAK, individually and on behalf of all others similarly situated, *Plaintiff,* v. NIKIL, INC., a Delaware corporation, *Defendant.* | Case No. 16-CV-5731 Honorable Thomas M. Durkin |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rules of Civil Procedure 6(b), Plaintiff Warciak ("Warciak" or "Plaintiff") respectfully moves the Court for a two (2) week extension of time from August 24, 2016 to September 7, 2016, to file his response in opposition to Defendant Nikil, Inc.'s ("Nikil" or "Defendant") motion to dismiss ("Defendant's Motion"). In support of the instant Motion, Plaintiff states as follows:

1. Plaintiff filed his First Amended Class Action Complaint (the "FAC") in this matter on June 29, 2016, alleging that Defendant engaged in a practice of making unsolicited text message calls to the cellular telephones of consumers nationwide in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") and the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, *et seq*. (Dkt. 20.)

2. On July 27, 2016, Defendant filed its Motion to Dismiss (Dkt. 2.), and after presentment, the Court set Plaintiff's deadline to file his response in opposition and Defendant's deadline to file its reply in support to August 24, 2016 and September 7, 2016, respectively. (Dkt. 27.)

3. Although Plaintiff has diligently attempted to respond to Defendant's Motion in a timely manner, given conflicts in Plaintiff's Counsel's schedule, specifically an upcoming trial that is set to start in early September and various deadlines in other cases, Plaintiff's Counsel believe that they will need additional time to complete the drafting of Plaintiff's response brief.

4. As such, Plaintiff respectfully requests that his deadline to file his opposition to Defendant's Motion be extended until September 7, 2014, and Defendant's accompanying deadline to file its reply in support be extended to September 21, 2014.

5. This is Plaintiff's first request for an extension of time to file his reply in opposition to Defendant's Motion, and the instant Motion is not made for any improper purpose, such as delay.

6. Additionally, Plaintiff's counsel spoke with Defendant's Counsel about the instant Motion and is authorized to note that Defendant has no objection to the relief requested herein.

WHEREFORE, Plaintiff respectfully requests an Order extending Plaintiff's deadline to file his opposition to Defendant's Motion and Defendant's deadline to file its reply to September 7, 2016 and September 21, 2016, respectively.

Respectfully submitted,

Dated: August 22, 16

**MATTHEW WARCIAK** individually and on behalf of all others similarly situated,

By: s/ Eve-Lynn J. Rapp
　　One of Plaintiff's Attorneys

Rafey S. Balabanian
rbalabanian@edelson.com
Eve-Lynn J. Rapp
erapp@edelson.com
Stewart R. Pollock*
spollock@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107

2

Tel: 415.212.9300
Fax: 415.373.9435

*Admitted *pro hac vice*.

*Attorneys for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

    I, Eve-Lynn J. Rapp, certify that on August 22, 2016 I caused the foregoing to be served by CM/ECF electronic filing on all counsel of record.

    /s/    Eve-Lynn J. Rapp