## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MATTHEW WARCIAK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NIKIL, INC., a Delaware corporation,<br><br>    Defendant. | Case No.: 16-cv-5731<br><br>Honorable Thomas M. Durkin |

### MOTION TO WITHDRAW APPEARANCE OF BRADLEY T. MEISSNER

Pursuant to Local Rule 83.17, Fenwick & West LLP and Bradley T. Meissner respectfully request that this Court grant leave to withdraw the appearance of Bradley T. Meissner in this litigation.

1. Mr. Meissner is no longer employed at Fenwick & West LLP law firm and his involvement in this litigation has ended.

2. Nikil, Inc. will continue to be represented by other counsel of record from Fenwick & West LLP and Mandell Menkes LLC.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an order withdrawing the appearance of Bradley T. Meissner as counsel for Defendant, Nikil, Inc. and grant such further relief that is just.

              Respectfully submitted,

              FENWICK & WEST LLP

Dated: January 13, 2017       By: */s/ Danielle Twait*
                Danielle Twait
                One of its attorneys for
                Defendant, NIKIL, INC.

1

STEVEN P. MANDELL
smandell@mandellmenkes.com
DANIELLE N. TWAIT
dtwait@mandellmenkes.com
MANDELL MENKES LLC
One North Franklin Street, Suite 3600
Chicago, IL 60606
Telephone:   312.251.1000
Facsimile:    312.251.1010

RODGER R. COLE (admitted *pro hac vice*)
rcole@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   650.988.8500
Facsimile:    650.938.5200

ANNASARA G. PURCELL (admitted *pro hac vice*)
apurcell@fenwick.com
FENWICK &WEST LLP
1191 2nd Avenue, 10th Floor
Seattle, WA 98101
Telephone:   206.389.4510
Facsimile:    206.389.4511

Attorneys for Defendant
NIKIL, INC., a Delaware corporation

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on January 13, 2017, a true copy of the foregoing *MOTION TO WITHDRAW APPEARANCE OF BRADLEY T. MEISSNER* was served on all attorneys of record via the United States District Court's CM/ECF system.

      Ari J. Scharg
      ascharg@edelson.com
      Benjamin S. Thomassen
      bthomassen@edelson.com
      EDELSON PC
      350 North LaSalle Street, 13th Floor
      Chicago, Illinois 60654
      *Tel:* (312) 589-6370
      *Fax:* (312) 589-6378


Dated: January 13, 2017                            */s/ Danielle Twait*